No. 4070.—Pueblo, apdo., v. de Jesús, aplte.—C. D. San Juan. *Injunction.* Febrero 11, 1927.

Por cuanto estando en vacaciones esta Corte Suprema, el juez de turno Sr. Aldrey dictó en octubre 23, 1926, resolución suspendiendo los efectos de la sentencia que dictó la Corte de Distrito de San Juan en agosto 30, 1926, con el fin de que el demandado y apelante pueda continuar prestando sus servicios como porteador público en la ciudad de

Ponce, mientras se resuelve la apelación interpuesta en este caso para ante este tribunal.

Por cuanto en materia de *injunction* no habiendo estatuto que prescriba la suspensión de los efectos de la sentencia concediendo un *injunction*, mediante una fianza (*supersedeas*) las cortes tienen poder para suspender dichos efectos mientras se sustancia la apelación. 3 C. J. 1325.

Por tanto *se confirma* la resolución apelada.

El Juez Asociado Sr. Hutchison no intervino.